O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| David Florence, | ) | CV 02-5284 RSWL (FMOx) |
| | ) | |
| Plaintiff, | ) | **ORDER Re: Plaintiff's Motion in Opposition to Defendants' Motion to Correct Order and Judgment Dismissing Case [65]** |
| v. | ) | |
| | ) | |
| L.L. Schulteis, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The Court is in receipt of Plaintiff David Florence's Motion in Opposition to Defendants K. Allen, R. Allen, Atkinson, Banks, Beltran, Caire, Cash, Coleman, Colunga, Grannis, Huebner, Kruizinga, J. Medina, L. L. Schulteis, Stanback, Turner, and Williams' ("Defendants") Motion to Correct Order and Judgment Dismissing Case, filed on May 05, 2010 [65]. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:**

1

Plaintiff's Motion in Opposition to Defendants' Motion to Correct Order and Judgment Dismissing Case is **DENIED AS MOOT**. On May 05, 2010, the Court **DENIED AS MOOT** Defendants' Motion to Correct Order and Judgment Dismissing Case [60], pursuant to the Magistrate Judge's Order Re: Notice of Errata, filed on May 03, 2010 [64] [63]. Accordingly, given the Court's May 05, 2010 Order [64], Plaintiff's Motion in Opposition to Defendants' Motion to Correct Order and Judgment Dismissing Case is **DENIED AS MOOT**.

DATED: January 28, 2011
**IT IS SO ORDERED.**

RONALD S.W. LEW

**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

2